IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

Nos. 98-30477 & 98-30820
_____

P J HAHN,

                        Plaintiff - Appellee-Cross-Appellant,

v.

CITY OF KENNER; ET AL,

                        Defendants,

CITY OF KENNER; LOUIS CONGEMI, individually
and as Mayor for the City of Kenner; NICK
CONGEMI, individually and as Chief of Police
for the City of Kenner; ANTHONY LOMBARD,

                        Defendants - Appellants-Cross-Appellees.

_____

Appeals from the United States District Court
for the Eastern District of Louisiana
(96-CV-2425-L)

_____

January 11, 2000

Before KING, Chief Judge, and DUHÉ and DeMOSS, Circuit Judges.

PER CURIAM:[*]

    The merits of the district court's decisions on the motions
for summary judgment are not presented to us on this appeal.  We
find no abuse of discretion in the district court's award of
attorneys' fees as set out in its Order and Reasons entered April
13, 1998.

    AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.